**Cynthia D. FOX, Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.**

No. 02–1872.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 3, 2002.

Decided Dec. 6, 2002.

Before LOKEN, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Cynthia Fox appeals the district court's [1] decision affirming the Commissioner's denial of disability insurance benefits. Fox withdraws her argument that the Commissioner's decision is not supported by substantial evidence, and argues for reversal only that the administrative law judge (ALJ) committed legal error by failing to mention certain medical professionals and their diagnoses. Having carefully reviewed the record, it is apparent to us that any deficiency in opinion-writing by the ALJ in this case had no practical effect on the outcome and does not constitute a sufficient reason for setting aside the administrative decision. *See Senne v. Apfel*, 198 F.3d 1065, 1067 (8th Cir.1999). Ac-

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.

cordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.